**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | Case No. 2:12-CR-26 |
| v. | Judge Peter C. Economus |
| **ALAN B. AGLER,** | ORDER |
| **Defendant.** | |

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation that the plea agreement and Defendant's guilty plea be accepted. (Doc. # 11) The Court accepts Defendant's plea of guilty to Count One of the Information, on which Defendant is hereby adjudged guilty.

**IT IS SO ORDERED.**

**/s/ Peter C. Economus
PETER C. ECONOMUS
UNITED STATES DISTRICT JUDGE**